**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CORY M. LANGSTON,**

        **Plaintiff,**

**-vs-**                              **Case No. 6:06-cv-51-Orl-31DAB**

**CHASE BANKCARD SERVICES, INC.,**
**FLEET CREDIT CARD SERVICES,**
**MBNA, INC., BANK OF AMERICA**
**CORPORATION, EXPERIAN**
**INFORMATION SOLUTIONS, INC.,**

        **Defendants.**
_____

## ORDER

Upon consideration of Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. 73), it is

**ORDERED** that this document be STRICKEN from the record, inasmuch as this Court does not dismiss cases pursuant to Florida state rules of civil procedure, nor will this Court consider a unilateral dismissal with prejudice when answers have been filed by defendants whose claims are being dismissed. *See* Fed. R. Civ. P. 41(a).

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 19, 2007.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party